AUSA Mark Frazier

# United States District Court

**Western** District of **Texas**

FILED
April 23, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AE_____
DEPUTY

**UNITED STATES OF AMERICA**
V.
**Dany Leonardo MAYORGA-Gutierrez**

**CRIMINAL COMPLAINT**

**W25-114M**
CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 22, 2025, in the Western District of Texas, defendant Dany Leonardo MAYORGA-Gutierrez, an alien, was found in the United States in Groesbeck, Limestone County, Texas. The defendant was paroled into the United States and is an alien required to be registered while in the United States and shall at all times carry with him and have in his personal possession any certificate of alien registration or alien registration receipt card, pursuant to Title 8 United States Code, Sections 1302(a) and 1304(e) and to notify the Attorney General in writing of each change of address and new address within ten days from the date of such change and furnish with such notice such additional information as the Attorney General may require, pursuant to Title 8 United States Code, Sections 1305(a) and 1306(b). I further state that I am a Supervisory Detention and Deportation Officer with U.S. Immigration and Customs Enforcement (ICE), and that this complaint is based on the following facts:

On or about April 22, 2025, defendant Dany Leonardo MAYORGA-Gutierrez, an alien, was found in Groesbeck, Texas, within the Western District of Texas after reporting to the Limestone County Community Supervision and Corrections Department (CSCD), due to having been convicted of *Continuous Violence Against the Family*. Defendant MAYORGA is a citizen and national of Nicaragua and was arrested for immigration violations by ICE Waco Fugitive Operations team members at Limestone County CSCD. Further investigation revealed that defendant MAYORGA was previously paroled into the United States by the United States Border Patrol on or about December 12, 2022, issued Form I-94, Arrival/Departure Record and released so he could travel to the address provided by his sponsor documented as 12 E 3RD ST., New York, NY, where he is to be residing. Defendant MAYORGA has also been residing in Texas at least since December 31, 2023, when he was arrested in Limestone County, Texas for *Assault Family/House Member Impede Breath/Circulation* and sentenced on April 09, 2024 to 101 days in jail. Defendant MAYORGA was not in possession of his I-94 when encountered by ICE officers, nor has he notified the Attorney General in writing of his new address and address change within ten days.

Defendant MAYORGA's failure to at all times carry with him and have in his personal possession any certificate of alien registration or alien registration receipt card, is in violation Title 8 United States Code, Sections 1304(e) and failure to notify the Attorney General in writing of a new address and address change within ten days is in violation of Title 8 United States Code, Section 1306(b).

**Continued on the attached sheet and made a part hereof:** ☐ Yes ■ No

Mark S. Carlino
Supervisory Detention and Deportation Officer
_____
Signature of Complainant

**Sworn to before me and subscribed in my presence**,

April 23, 2025     at     Waco, Texas
Date                                                           City and State

Derek T. Gilliland
U.S. Magistrate Judge
_____     _____
Name & Title of Judicial Officer                            Signature of Judicial Officer