# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs.<br><br>(1) DANY LEONARDO<br>MAYORGA-GUTIERREZ<br>*Defendant* | Case Number: WA:25-M -00114(1) |

## JUDGMENT IN A CRIMINAL CASE
**(For Offenses Committed On or After November 1, 1987)**

The defendant, (1) DANY LEONARDO MAYORGA-GUTIERREZ, appeared with counsel, Duty Pub. Defender-Waco.

The defendant pled guilty to Count 1 of the Superceding Information on 04/23/2025. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 8 U.S.C 1306(B) | Failure to Notify Change of Address | 4/22/2025 | 1 |
| 8 U.S.C 1304(E) | Failure to Personally Possess Registration Form | 4/22/2025 | 2 |

The Defondanl is heicbycommiued to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TIME SERVED as to Count I.

Pu.rsuant to 18 U.S.C. § 3573, the Government moves to remit the Special Assessment and waives any fine amount.

It is further ordered that the defendant shall notify the United Stales Attorney for this district with.in 30 days of any change: of name, residence. or mailing address until all fines. restitution, costs, and special assessment imposed by this Judgment are fully paid.

.

Signed this the 23rd day of April, 2025.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE

Defendant"s Alien #: A246 546 725
Defendant's FBI#: **V5RP69061**
Defendant's Date of Birth: 01/12/1996
Defendant·s Country of Origin: Nicaragu