UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CAUSE NO. 6:25-MJ-00114-1 |
| § | |
| DANY LEONARDO MAYORGA- § | |
| GUTIERREZ § | |

## NOTICE OF APPEAL

NOW COMES Dany Leonardo Mayorga-Gutierrez, by and through his undersigned attorney, and hereby gives notice of appeal to the United States District Court from the Judgment and Commitment as pronounced on April 23, 2025, and filed on May 2, 2025.

DATED this the 6th day of May 2025.

                                      Respectfully submitted.

                                      Maureen Scott Franco
                                      Federal Public Defender

                                      /S/
                                      LEWIS B. GAINOR
                                      Supervisory Assistant Federal Public Defender
                                      Western District of Texas
                                      510 Austin Avenue, Suite 1200
                                      Waco, Texas 76701
                                      (254) 730-6300
                                      Ill. Bar No. 6281785
                                      *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark Frazier, Assistant United States Attorney

/s/ Lewis B. Gainor
*Attorney for Defendant*